**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NEW YORK SMSA LIMITED PARTNERSHIP
d/b/a Verizon Wireless,

                            Plaintiff,          **ORDER**

-against-                            21 Civ. 3742 (PMH)(JCM)

THE TOWN OF BEDFORD, *et al.*,

                            Defendant.

-------------------------------------------------------------X

On June 25, 2021, the Honorable Philip M. Halpern referred this matter to the undersigned for settlement. The parties are directed to submit a joint letter to the Court by July 6, 2021 setting forth three proposed dates for the Court to conduct a settlement conference.

Dated: June 29, 2021
         White Plains, New York

                                              **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge