UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK SMSA LIMITED
PARTNERSHIP d/b/a VERIZON WIRELESS,

            Plaintiff,

-against-

THE TOWN OF BEDFORD, et al.,

           Defendants.

**ORDER**

21-CV-03742 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today by telephone for a status conference.

As discussed at the conference, the parties continue to explore settlement options. Accordingly, within thirty days and every thirty days thereafter, the parties shall file a joint letter advising the Court of the status of settlement dialogue.

The Court declined to extend the stay of discovery and set a new discovery schedule such that the deadline to complete fact discovery is March 14, 2023; and the deadline to complete expert discovery is July 12, 2023. All discovery shall be completed by July 12, 2023. No further extensions of the discovery schedule will be granted. A case management conference has been scheduled for August 17, 2023 at 11:00 a.m. to be held in Courtroom 520 of the White Plains Courthouse.

SO ORDERED:

Dated:   White Plains, New York
           September 14, 2022

_____
PHILIP M. HALPERN
United States District Judge